UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUNBER
05CV10266NMG

| | |
|---|---|
| KINGSTON PAY-PER VIEW CORP., LTD., ) | |
| Plaintiff ) | |
| v. ) | ANSWER |
| ) | |
| DAVID G. GIANGREGORIO ) | |
| D/B/A/ JOE SENT ME ) | |
| Defendant ) | |

1. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

2. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

3. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

4. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

5. Denied.

6. Denied.

7. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

8. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

9. Defendant lacks sufficient knowiedge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

10. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

11. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

12. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

13. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

## Count I

19. Defendant repeats and incorporates by reference his answers set forth in paragraphs 1-18 herein.

20. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

21. Denied.

22. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

23. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

24. Denied.

25. Denied.

*Wherefore*, Defendant prays for judgment in his favor along with an award of his costs.

## Count II

26. Defendant repeats and incorporates by reference his answers set forth in paragraphs 1-25 herein.

27. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

28. Denied.

29. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

30. Defendant lacks sufficient knowledge or information to form a belief as to accuracy of the allegation contained in this paragraph of Plaintiff's complaint.

31. Denied.

*Wherefore*, Defendant prays for judgment in his favor along with an award of his costs.

### Second Defense

This Court lacks jurisdiction over the defendant.

### Third Defense

Process was insufficient.

### Fourth Defense

Service of process was insufficient.

### Fifth Defense

Plaintiff has failed to state a claim against the defendant upon which relief can be granted.

### Sixth Defense

Plaintiff has failed to join a party indispensable.

### Seventh Defense

Plaintiff has misnamed the party defendant.

*Wherefore* Plaintiff is not entitled to any relief from this defendant and this defendant prays for judgment in his favor on all counts plus his costs.

Respectfully submitted,<br>
David G. Giangregorio<br>
by his attorney

Dated: May 2, 2005

Peter A. Bella, Esq.
BBO #036500
6 Lexington Street, 3rd Floor
Waltham, MA 02452
(781) 899-9155

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party or any party appearing pro se by first class mail, postage prepaid/by delivering in-hand/by-facsimile-machine-with delivery follow-up first class mail.

Date 5/2/05

My Docs\Discovery\Answer-Giangregorio U.S.D.C.

5