UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KINGVISION PAY PER VIEW, LTD  :

v.                            : CA 05-~~10262-~~
                              :   LTS
DAVID GIANGREGORIO             :   10366 NMG
                                    MBB

### JOINT PRETRIAL MEMORANDUM

B)(1) Agenda of matters for scheduling conference.

Discovery: Plaintiff has filed written discovery. The Defendants have not begun discovery.

Motions:   None are contemplated, pending Defendants' receipt and review of Plaintiff's discovery.

(C). Settlement offers: The Plaintiff has extended an offer to the defendants. The defendants have made a counteroffer and deny liability and wish to try the case. The parties are not close to settlement at this time. The parties are considering consent to trial by the magistrate.

D. Joint Statement.

   This document has been circulated by the Plaintiff prior to filing, and the representations herein are made jointly.

1)The discovery plan and limitations are not applicable to this action.
B)(1) Agenda of matters for scheduling conference.



   This document has been circulated by the Plaintiff prior to filing, and the representations herein are made jointly.

1) The discovery plan and limitations are not applicable to this action.

2) Proposed discovery schedule:

Discovery to close within one hundred twenty (120) days of this conference.

Motions, including dispositive motions within 150 days of this order.

For the Plaintiff:

_____
GARY D. BERKOWITZ, ESQ. #632536
One James Street
Providence, RI 02903
Tel: (401) 751-7671
Fax: (401) 751-1146

For the Defendants

_____
PETER A. BELLA, ESQ. 036500
6 Lexington Street 3rd floor
Waltham, MA 02452
Tel: (781) 899-9155
Fax: (781) 899-0111

Dated: July 28, 2005